**Joshua S. Parilman (021272)**
**Amanda Nelson (027524)**
**DAVID WROBLEWSKI & ASSOCIATES, P.C.**
20 E. Thomas Road, Ste. #2600
Phoenix, AZ 85012
Phone: (602) 266-4570
Fax: (602) 288-1650
Email: parilman@aol.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

EARL R. RINGLEY
SSN: xxx-xx-7690
And
JESSIE L. RINGLEY
SSN: xxx-xx-6930

12666 N. 150TH LANE
SURPRISE, ARIZONA 85379
                        Debtors.

EARL R. RINGLEY AND
JESSIE L. RINGLEY

                        Plaintiffs

v.

GUARANTY BANK
                        Defendant,

In Proceedings Under Chapter 13

Case No.: 2:10-bk-39484-RJH

Adv. No. 2:12-ap-00038-RJH

**CERTIFICATE OF SERVICE**

      I Joshua S. Parilman hereby certify under penalty of perjury that I am over the age of 18, and that on January 6, 2012 I served via certified, first class U.S. Mail, postage prepaid, true and correct copies of the following documents:

1.     Summons in an Adversary Proceeding; and
2.     Complaint to Determine the Validity, Priority or Extent of a Lien or Other Interest in Property;

on the following party:

1  Harold Baker, CEO
   Guaranty Bank
2  4000 W. Brown Deer Rd.
   Brown Deer, WI 83209
3
4  I also served via regular, first class U.S. Mail, postage prepaid, true and correct copies of the
   above referenced documents to the following parties:
5
6  Edward J. Maney
   Standing Chapter 13 Trustee
7  P.O. Box 10434
   Phoenix, AZ 85064
8
9  Earl & Jessie Ringley
   12666 N. 150th Lane
10 Surprise, AZ 85379

DATE: January 6, 2012          /s/ JSP 021272
                               Joshua S. Parilman
                               20 E. Thomas Road, Suite 2600
                               Phoenix, Arizona 85012

In re: Earl & Jessie Ringley
Case No.: 2:10-bk-39484-RJH