```
Joshua S. Parilman (021272)
Amanda Nelson (027524)
DAVID WROBLEWSKI & ASSOCIATES, P.C.
20 E. Thomas Road, Ste. #2600
Phoenix, AZ 85012
Phone: (602) 266-4570
Fax: (602) 288-1650
Email: parilman@aol.com
Attorney for Debtors
```

IT IS HEREBY ADJUDGED and
DECREED this is SO ORDERED.

*The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.*

Dated: February 14, 2012

*Randolph J. Haines* (signature)

**Randolph J. Haines, Bankruptcy Judge**
_____



# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EARL R. RINGLEY<br>SSN: xxx-xx-7690<br>And<br>JESSIE L. RINGLEY<br>SSN: xxx-xx-6930<br><br>12666 N. 150TH LANE<br>SURPRISE, ARIZONA 85379<br>                              Debtors.<br><br>EARL R. RINGLEY AND<br>JESSIE L. RINGLEY<br><br>                              Plaintiffs<br><br>v.<br><br>GUARANTY BANK<br>                              Defendant, | In Proceedings Under Chapter 13<br><br>Case No.: 2:10-bk-39484-RJH<br><br>Adv. No. 2:12-ap-00038-RJH<br><br>**JUDGMENT AND ORDER AVOIDING LIEN ON REAL PROPERTY**<br><br>**<u>Real Property Located at:</u>**<br>**12666 N. 150th LANE**<br>**SURPRISE, ARIZONA 85379** |

    THE COURT having reviewed the Court file, and being duly advised in the premise, IT IS ORDERED THAT:

    A.  A judgment is granted in favor of the Debtor/Plaintiff;

    B.  Defendant, GUARANTY BANK's lien on Real Property located at 12666 N. 150th Lane, Surprise, Arizona 85379 and legally described as follows:

In re: Earl & Jessie Ringley
Case No.: 2:10-bk-39484-RJH

1

Case 2:12-ap-00038-RJH   Doc 11   Filed 02/14/12   Entered 02/15/12 07:04:03   Desc
Main Document - Clerks Entry of Default   Page 1 of 2

LOT 252, OF RANCHO GABRIELA PHASE 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 584 OF MAPS, PAGE 16.

be stripped and rendered void subject to the provisions, herein;

C. Defendant GUARANTY BANK's account is a general unsecured non-priority lien;

AND FURTHER ORDERED THAT

D. Upon discharge of Debtor/Plaintiff's Chapter 13 proceeding, Defendant GUARANTY BANK shall provide a release of lien on the real property to the Debtor within thirty (30) days of the date of the Order granting discharge;

E. Defendant GUARANTY BANK shall file notice with the appropriate County Records Office of the release of said lien;

F. The entire claim of Defendant shall be treated as a general unsecured claim and shall not share in any unsecured proceeds;

G. Defendant's lien shall remain in place until Debtor/Plaintiff completes the Chapter 13 Plan and is granted discharge;

H. Defendant's lien shall remain in place and Defendant's debt shall remain secured should the subject property be sold or should a refinance take place prior to the Plan completion and entry of a discharge;

I. Defendant's lien shall remain in place and Defendant's debt shall remain secured should the Debtor's case be dismissed or converted another chapter;

J. Each party will bear its own costs and expenses associated with this action.

K. The Clerk is directed to close this Adversary file.

Dated and signed above.

In re: Earl & Jessie Ringley
Case No.: 2:10-bk-39484-RJH

2

Case 2:12-ap-00038-RJH    Doc 11    Filed 02/14/12    Entered 02/15/12 07:04:03    Desc
Main Document - Clerks Entry of Default    Page 2 of 2